**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311
Email: mdb@kuzykclassactions.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFINI SMITH and MAGGY GOUSSE on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>v.<br>**NATURE'S TRUTH INC.**<br>**Defendant** | **CASE NO.: 2:25-cv-01536-PA (ADSx)**<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tiffini Smith and Maggy Gousse, by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal without prejudice.

DATED: March 7, 2025                         Respectfully submitted,

_____
Michael D. Braun
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone: (213) 401-4100
Email: mdb@kuzykclassactions.com

*Counsel for Plaintiffs*

1
NOTICE OF VOLUNTARY DISMISSAL